

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       In re Seneca Resources Corporation

Appellate case number:    01-14-00587-CV

Trial court case number:   2013-01325

Trial court:                        234th District Court of Harris County

On July 10, 2014, relator Seneca Resources Corporation filed a petition for writ of mandamus and emergency motion to stay trial court proceedings. The Court requests responses from the real parties in interest to the petition and the emergency motion.

It is **ordered** that (1) the response of any interested party to the emergency motion to stay shall be due no later than Friday**, July 18, 2014** and (2) the response of any interested party to the petition for writ of mandamus shall be due no later than Friday, **August 1, 2014**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                         Justice Michael Massengale, acting individually

Date: July 10, 2014